FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jun 24, 2022
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARCUS A. CHOATE                                                                                          PLAINTIFF

V.                                           NO. 6:22-cv-6072-SOH

GOOD LUCK EXPRESS, LLC;
JABARON SANDERS;
JOHN DOE 1-3; AND
JOHN DOE ENTITIES 1-3                                                                              DEFENDANTS

## NOTICE OF REMOVAL

COME NOW Separate Defendants, Good Luck Express, LLC and Jabaron Sanders, by and through their attorneys, Barber Law Firm PLLC, and make this Notice of Removal, stating:

1. That, on or about May 9, 2022, an action was commenced in the Circuit Court of Clark County, Arkansas, First Division, styled *Marcus A. Choate v. Good Luck Express, LLC; Jabaron Sanders; John Doe 1-3 and John Doe Entities 1-3* and was assigned docket number No. 10CV-22-103; that, in compliance with 28 U.S.C. § 1446(a), true and correct copies of all known process and pleadings filed with the Circuit Court Clerk are attached hereto and marked collectively as Exhibit "A";

2. That the above-described action is a civil action, which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, in that it is a civil action wherein the alleged amount in controversy exceeds the sum of $75,000.00,

exclusive of interest and costs, and is between citizens and entities of different states. 28 U.S.C. §1332(a);

    3.    That, therefore, this action is one in which this Court would have original jurisdiction pursuant to 28 U.S.C. §1332;

    4.    That this Notice of Removal is being timely filed within thirty (30) days of service of the Summons and Complaint upon these Defendants;

    5.    That Plaintiff, Marcus A. Choate, is a resident of Washington County, Arkansas, for diversity purposes;

    6.    That Separate Defendant, Good Luck Express, LLC, is a foreign corporation organized under the laws of the State of Kentucky and with its principal place of business in Bowling Green, Kentucky;

    7.    That Separate Defendant, Jabaron Sanders, is a resident of Logan County, Kentucky, for diversity purposes;

    8.    That complete diversity exists in this cause;

    9.    That, in compliance with 28 U.S.C. § 1446(d), notice of this removal has been given to the Circuit Court of Clark County, Arkansas, as well as to Plaintiff, by the filing and service of a Notice of Removal, a copy of which is attached hereto as Exhibit "B";

    9.    That this action, previously pending in the Circuit Court of Clark County, Arkansas, has been removed therefrom to this Court.

Respectfully submitted,

_____
J. Cotten Cunningham
Arkansas Bar Number 97238
BARBER LAW FIRM PLLC
*Attorneys for Separate Defendants,*
*Good Luck Express, LLC and*
*Jabaron Sanders*
425 West Capitol Avenue Suite 3400
Little Rock, Arkansas 72201-3483
Telephone: (501) 372-6175
Email: ccunningham@barberlawfirm.com